IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | NO. 1:06-CR-382 |
| JARED ROBERT WHEAT, | : | (Superseding) |
| | : | |
| Defendant. | : | |

**FINAL ORDER AND JUDGMENT OF FORFEITURE**

This matter is before the Court on the Government's Motion for Final Order of Forfeiture for property belonging to Defendant Jared Robert Wheat. The Court entered a Consent Preliminary Order of Forfeiture on January 30, 2009 [Doc. 741], forfeiting $3,000,000.00 to the United States pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c). The Court also entered a Consent Order Clarifying the Consent Preliminary Order of Forfeiture on January 4, 2010 [Doc. 808] to clarify that $2,000,000.00 of the funds were ordered forfeited from the following accounts:

   a.   Banco Continental de Panama, account no. 544739727;

   b.   Banco Continental de Panama, account no. 01-72401-701;

   c.   Banco Continental de Panama, account no. 01-19234-007;

   d.   Banco Continental de Panama, account no. 03-15414-204;

   e.   Banco Continental de Panama, account no. 05-96907-112.

The United States published notice of the forfeiture action against the accounts on the official Government Internet site www.forfeiture.gov for at least 30 consecutive days. No one has

filed a claim to the property and the deadline for doing so has expired.

This Court having found that the Defendant has an interest in the property subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), and that no one filed a petition claiming an interest in the property, it is hereby ORDERED, ADJUDGED AND DECREED that:

1. Final forfeiture judgment against the following property is hereby entered pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c):

    a. Banco Continental de Panama, account no. 544739727;

    b. Banco Continental de Panama, account no. 01-72401-701;

    c. Banco Continental de Panama, account no. 01-19234-007;

    d. Banco Continental de Panama, account no. 03-15414-204;

    e. Banco Continental de Panama, account no. 05-96907-112.

2. All right, title and interest in the property is hereby condemned, forfeited and vested in the United States and shall be disposed of according to law.

3. The United States District Court shall retain jurisdiction in this case for the purpose of enforcing this Order.

SO ORDERED this <u>31st</u> day of <u>January</u>, 2011.

<u>/s/Thomas W. Thrash</u>
UNITED STATES DISTRICT JUDGE

Presented by:
<u>/s/ Michael J. Brown</u>
MICHAEL J. BROWN
ASSISTANT UNITED STATES ATTORNEY
Georgia Bar No.: 064437

3